UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eh Say,<br>Petitioner<br>v.<br>John Mattos, et al.,<br>Respondents | Case No. 2:26-cv-01914-CDS-MDC<br>**Order Granting Respondent's Motion to Dismiss and Denying as Moot the Amended Petition and IFP Application**<br>[ECF Nos. 5, 6, 8] |

On August 10, 2026, the federal respondents filed a motion to dismiss the amended petition in this action, asserting it is moot because the petitioner was removed to the Republic of the Union of Myanmar on August 2, 2026. *See* Mot., ECF No. 8. Based on the representations in that motion, counsel for petitioner Eh Say filed a non-opposition to the dismissal. Resp., ECF No. 9.

Accordingly, the respondents' motion to dismiss **[ECF No. 8] is granted**. The petitioner's amended petition **[ECF No. 6]** and petitioner's motion to proceed IFP **[ECF No. 5] are denied as moot**. The Clerk of Court is kindly directed to close this case.

Dated: November 18, 2026

Cristina D. Silva
United States District Judge